[No. 20761-0-I. Division One. December 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. HERMAN E. ASHBY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86-1-00742-8, Stuart C. French, J., entered July 20, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 19968-4-I. Division One. December 12, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. WILFRED POPE JACKMAN, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85-1-03675-8, Carmen Otero, J., entered February 11, 1987. *Reversed with instructions* by unpublished opinion per Williams, J., concurred in by Swanson and Grosse, JJ.

[No. 22563-4-I. Division One. December 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. TRAVIS YADON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-06035-9, Patricia H. Aitken, J., entered May 16, 1988. *Affirmed* by unpublished per curiam opinion. Now published at 53 Wn. App. 489.

[No. 20876-4-I. Division One. December 12, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. STACY STITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-01123-4, Joan B. Allison, J. Pro Tem., entered June 26, 1987. *Affirmed* by unpublished opinion per Williams, J., concurred in by Scholfield, C.J., and Winsor, J.